UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

JEWELINA JINX COHEE,

        Defendant.

Case No. CR12-22-RSL

**DETENTION ORDER**

Offense charged:

    Bank Fraud, Aggravated Identity Theft, and Forfeiture Allegation.

Date of Detention Hearing: March 26, 2012.

    The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

    Defendant has an extensive and lengthy criminal history going back to 1993. Her criminal history has not abated over time and she was convicted of robbery in September 2011

DETENTION ORDER - 1

and has continued to have contacts with law enforcement since then.  She has repeatedly failed to appear for court hearings on past occasions and warrants for her arrest have been issued.  She has longstanding drug abuse problems that have not abated even with in-patient treatment, and also has mental health problems.

It is therefore **ORDERED**:

(1)     Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 26th day of March, 2012.

BRIAN A. TSUCHIDA
United States Magistrate Judge